1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   KARINA HERNANDEZ,                          Case No. 1:22-cv-01448-ADA-CDB

12            Plaintiff,                        ORDER GRANTING STIPULATION TO
                                                EXTEND DEFENDANT'S TIME TO
13        v.                                    ANSWER COMPLAINT

14   RESOURCE ANESTHESIOLOGY OF                 (ECF No. 5)
     CALIFORNIA,
15
              Defendant.
16

17        Plaintiff Karina Hernandez ("Plaintiff") initiated this action on November 9, 2022,

18   against Defendant Resource Anesthesiology of California ("Defendant").    (ECF No. 1).

19   Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendant's response to the Complaint is due on

20   December 8, 2022.  (ECF No. 5 at 2).  On December 5, 2022, the parties filed a stipulation to

21   extend Defendant's time to answer the complaint to.  *Id*.  Upon consideration of the parties'

22   representations and pursuant to Local Rule 144, the Court HEREBY ORDERS, Defendant

23   shall have until February 1, 2023, to respond to or answer Plaintiff's Complaint.

24   IT IS SO ORDERED.

25     Dated:    **December 7, 2022**        _____

26                                           UNITED STATES MAGISTRATE JUDGE

27

28